United States District Court for the Southern District of New York
Case 1:10-cv-05717-SHS-HBP   Document 2   Filed 07/23/10   Page 1 of 1
RECEIVED 5717
JUL 23 2010
U.S.D.C.
WP

Richard P. Hobbs Complainant

Vs All of the below as individuals
Police officers of the City of New York and
all Supervisory personnel as explained below. And, to be Identified By Police Dept
The City of New York, And
Michael Bloomberg, Mayor of NY And
The City Council Members of New York, And
The Head of the Police Dept of New York City Police Department.

TRO + Injunction Sought
Trial By Jury,
Federal Question

**Complaint**

The City of New York holds at current a policy and practice that violates the first amendment of the United States and my civil rights. The City pretends it has authority to restrict or regulate my free speech.

Should I a person enjoying liberty and freedom of expression chose to enjoy my liberty and my first amendment Constitutional rights by donning a costume and walking down the street on a sidewalk or to stand or repose in a public place so as to allow others who might enjoy interacting with me while wearing my costume to pose with me or make pictures and so practice the enjoyment of freedom of speech through personal expression or to celebrate a holiday or occasion by so doing the City of New York mandates that I, in advance, apply for and get a 'license' to do so. Under the color of law and pretending to have 'authority' to 'regulate' such activities through the excuse of a requirement it claims that I need to have a sales tax license which would entitle me to do the above actually restricts or encumbers me from so enjoying my rights with no reasonable need for the City to do so.

There is no sales tax applicable to persons enjoying their first amendment rights to gather and to express themselves through dress or costume whatever the form of that 'socially acceptable in that community' costume may be. We're I wanting to sell a physical picture of me or a post card or provide a service of taking a picture of the person with me the City might have a right to require me to get a sales tax license and be registered as a Business to the extent that it has a right to require a business to be registered. But there is no sales tax applicable to a person enjoying liberty and allowing others to take pictures of them self.

To pay one for their personal right or permission to take a picture of them is not a sales tax applicable activity. I have a right under the Copyright laws to require someone to pay me for the right to use my likeness and or to take pictures of me. The persons taking the picture have a right to give me funds to help promote my cause of free speech and free expression. The government has no right or business to try to regulate that or stop them or to interfere. If someone hires me as a model to take my picture there is no sales tax applicable to such a transaction and there could never be.

What right or business does the state have in finding out and keeping a list of or requiring persons to get a license or prior permission (in a free society) of who is taking whose picture where and when and for what cause or reason?

The City's law is unreasonable and an illegal abuse of my right as a person to liberty and freedom.

The Police officers of the City of new YORK HAVE PROPOSED TO ME AND SAID TO ME THAT "I NEED TO GET SUCH A LICENSE IN ORDER TO BE ABLE TO DO WHAT I PROPOSE ABOVE."

THE CITY MUST COME INTO COMPLIANCE WITH THE Law and protect my liberty and not abuse it.

Thus I bring this complaint against such officers and ALL SUPERVISORY personnel working for the City Of New York who propose to enforce such a law against me under the color of law. I demand they stop infringing upon my rights. I ask the court to order an injunction against the City from enforcing any such policy against myself and every other person who has or is enjoying their freedom in such a way. I ask for damages against the city for preventing me from the enjoyment of my rights IN SUCH A WAY heretofore in this way and for all possible and allowable damages pecuniary, personal and as a punishment to the city employees for holding such a evil scheme as a practice and for damages to be paid to me and to any other citizen who it might have arrested or cited for doing so, and an exoneration of any criminal records and or fines imposed on any who have had their rights abused in such a way.

I Declare Under Penalty of Perjury that the above is true and correct.

Richard P. Hobbs 1 Caryl Avenue, Yonkers, NY 10705  914-563 1526

Richard P. Hobbs   July 23, 2010